Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 11-00059 |
| ) | Judge Trauger |
| BOBBY PARKER, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS

The United States of America hereby moves this Court to dismiss the indictment in this case without prejudice.

Date: March 6, 2012　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JERRY E. MARTIN
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　Middle District of Tennessee

　　　　　　　　　　　　　　　　BY:　s/ B.H. Boucek
　　　　　　　　　　　　　　　　　　　BRADEN H. BOUCEK
　　　　　　　　　　　　　　　　　　　Assistant U. S. Attorney
　　　　　　　　　　　　　　　　　　　110 9th Avenue, South
　　　　　　　　　　　　　　　　　　　Suite A-96l
　　　　　　　　　　　　　　　　　　　Nashville, Tennessee 37203
　　　　　　　　　　　　　　　　　　　(615) 736-5151